| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>Joe Santiago Valles, xx/xx/1982<br>Timothy Veninga, xx/xx/1960<br>U.S. Citizens | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>16-08572MJ |

Complaint for violation 18 U.S.C. 924(a)(1)(A), 371 Conspiracy to Falsify FFL Records

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

From on or about October 2015 and continuing thereafter until on or about March 31, 2016, in Tucson, in the District of Arizona, the defendants Timothy VENINGA and Joe S. VALLES knowingly and willfully conspired and agreed together and with each other and with other persons both known or unknown, to knowingly make false statements and representations with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of VENINGA, a Federal Firearms Licensee, in that the defendants knew that certain persons listed as buyers/transferees of the firearms on Department of Treasury, Bureau of Alcohol, Tobacco, Firearms and Explosives Forms 4473, Firearms Transactions Records, were not the actual buyers/transferees of the firearms and the information pertaining to some of these persons listed as buyers/transferees on the Form 4473s was false, all in violation of Title 18, United States Code, Sections 924(a)(1)(A) and 371.

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

At all times, Timothy VENINGA was a federally licensed firearms (FFL) dealer operating and maintaining a firearms business known as Ballistic Firearms at 3452 West Marlene Street, Tucson, in the District of Arizona. Joe S. VALLES was a business partner of VENINGA'S. ATF Form 4473 ("the Firearms Transaction Record") is required to be completed by the federally licensed firearms dealer and the buyer before the dealer can transfer or sell a firearm. During that process the dealer is required to, among other things, determine that the person signing his/her name in the box entitled "Transferee's (Buyer's) Signature" was the actual buyer of the firearm.

Continued on reverse

**MATERIAL WITNESS(ES) IN RELATION TO THE CHARGE:**

DETENTION REQUESTED
COMPLAINT REVIEWED by AUSAs Serra M. Tsethlikai

SIGNATURE OF COMPLAINANT

*Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.*

OFFICIAL TITLE & NAME:
Special Agent Christopher Bort

Sworn to before me and subscribed in my presence.

SIGNATURE OF MAGISTRATE JUDGE[1)]

DATE
May 18, 2016

1) See Federal rules of Criminal Procedure Rules 3 and 54

On April 11, 2016, ATF agents reviewed the records of VENINGA Ballistic Firearms. Agents reviewed a Form 4473 listing Josue Valles as a purchaser/transferee of a Barrett .50 caliber rifle. On April 20, 2016, ATF agents learned from Josue Valles that he did not purchase firearms from VENINGA. At Joe VALLES's request, Josue Valles, VALLES's brother, completed multiple Form 4473s as the buyer/transferee of firearms in the presence of Joe S. Valles and Timothy VENINGA at a restaurant in Tucson. VENINGA provided Josue Valles with the blank Form 4473s and Josue was paid $200 dollars to complete the forms. VALLES and VENINGA instructed Josue Valles on which portions of the Form 4473 to complete. The part of Form 4473 requiring a description of the firearms purchased was never completed in Josue's presence. Josue Valles never purchased nor received firearms after completing these forms.

On April 25, 2016, during a recorded meeting between Josue Valles, his sister and Joe VALLES, Joe VALLES acknowledged that firearms listed on the Form 4473s completed by Josue Valles and others were transferred. Joe VALLES dictated a list of the guns allegedly purchased by Josue Valles and his sister from a piece of paper Joe VALLES brought to the family meeting. Joe VALLES would not give the list to Josue Valles and Joe VALLES took the list with him when he left. Joe VALLES stated that all the guns were already out of the country. In the recorded meeting, Joe VALLES stated, "Honestly, you guys want me to tell you the truth? I already got rid of all the paperwork. All of the paperwork is gone. Doesn't exist anymore." Later, Joe VALLES stated, "No! It's me. I'm the one that did all the shit. I'm the one that's gonna go to prison. I'm the one that made all the f'ing' sales." When Josue Valles and his sister expressed concerns to Joe VALLES about their ability to even afford the guns they reportedly purchased from VENINGA, Joe VALLES explained that "Vinny," aka VENINGA, can tell investigators he sold the guns to them at reduced prices. This matches what VENINGA told ATF agents on April 11, 2016 in relation to the Barretts sold to VALLES' family members. VENINGA claimed he sold the rifles to them at his cost of approximately $7,800.